## IMC MORTGAGE COMPANY *v.* JOHN DOE I

The petition of the defendant Jerome T. Dunbar for certification for appeal from the Appellate Court (AC 22097/AC 21795/AC 22301) is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Jerome T. Dunbar*, pro se, in support of the petition.

Decided December 10, 2001